**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEBRASKA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **8:23CR233** |
| | ) | |
| **vs.** | ) | |
| | ) | |
| **EDWARD CHARLES LYNCH,** | ) | **ORDER** |
| | ) | |
| **Defendant.** | ) | |

This matter is before the court on the defendant's Unopposed Motion to Continue Trial [34]. The parties need additional time to conduct plea negotiations.   Accordingly,

**IT IS ORDERED** that the Unopposed Motion to Continue Trial [34] is granted, as follows:

1.  The jury trial, now set for May 21, 2024, is continued to **July 2, 2024.**

2.  In accordance with 18 U.S.C. § 3161(h)(7)(A), the court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendant in a speedy trial.  Any additional time arising as a result of the granting of this motion, that is, the time between **today's date and July 2, 2024**, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act.  Failure to grant a continuance would unreasonably deny the defendant continuity of counsel, and would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  18 U.S.C. § 3161(h)(7)(A) & (B)(iv).

**DATED: May 7, 2024**

                                        **BY THE COURT:**


                                        **s/ Michael D. Nelson**
                                        **United States Magistrate Judge**